BEFORE THE FIRST DIVISION, DECEMBER 27, 1951

**No. 56195.**—Seaboard Import Co., Inc. *v.* United States, protest 79406–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of white beads similar in all material respects to the beads the subject of *Eitinger Bead Co. v. United States* (13 Cust. Ct. 50, C. D. 867). The claim at 35 percent under paragraph 1503 was therefore sustained.